WILLIAM F. BEHRMANN, as Substituted Trustee under the Trust Agreement of FANNIE CLARKSON with DANIEL E. SEYBEL, Appellant, *v.* FREDERICK W. SEYBEL et al., as Executors of DANIEL E. SEYBEL, Deceased, et al., Respondents.

*Behrmann* v. *Seybel,* 178 App. Div. 862, affirmed.

(Argued March 14, 1918; decided April 5, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered August 7, 1917, affirming a judgment of Special Term in an action for an accounting by the executors of Daniel E. Seybel, deceased, for the purpose of ascertaining the amount of money justly and equitably due to the plaintiff from the estate of Daniel E. Seybel; *second,* to compel the defendant Union Trust Company, as executor of Mary J. Alker, to assign to the plaintiff a certain bond and mortgage for $6,000 made by Leon Noel to the Park Mortgage Company, and for a judgment decreeing that the defendant Park Mortgage Company pay to the plaintiff such part of the $6,000 as would represent that part of the mortgage which the executors of Mary J. Alker failed to transfer to the

plaintiff; *third*, to compel the Park Mortgage Company to assign to the plaintiff $200 of the mortgage of John Kitson Wright and wife, made to the Park Mortgage Company, and *fourth*, to trace the moneys alleged to belong to the plaintiff for the purpose of declaring that the property represented by the money be impressed with a trust in behalf of the plaintiff. The court at Special Term dismissed the complaint against the executor of Mary J. Alker, and the defendant Welch as executor, on the merits and rendered judgment in favor of William F. Behrmann as substituted trustee of Fannie Clarkson against the executors of Seybel for $6,000 and for the further sum of $200, which latter amount was the consideration received by Seybel from the Dyckman estate for the purchase of Fannie Clarkson's share of the Wright mortgage. The judgment also directed that the defendant Park Mortgage Company execute and deliver to the defendant Welch, executor of Isaac M. Dyckman, an assignment of the $200 interest in the Wright mortgage.

*William A. Keating* for appellant.

*Ira Bliss Stewart* and *Eliot Tuckerman* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, CARDOZO, POUND and ANDREWS, JJ. Dissenting on opinion of SCOTT, J., below: HOGAN and McLAUGHLIN, JJ.